EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Judiciales ante situación de emergencia por terremoto reciente | 2020 TSPR 01<br><br>203 DPR _____ |

Número del Caso:  EM-2020-01

Fecha:  8 de enero de 2020

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas    Judiciales    ante          EM-2020-01
situación  de   emergencia    por
terremoto reciente

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de enero de 2020.

A las 4:24 a.m. del 7 de enero de 2020 se registró un terromoto de magnitud 6.4 que estremeció a todo Puerto Rico pero tuvo su epicentro a 9 millas del municipio de Guayanilla. Como consecuencia, colapsó el servicio de energía eléctrica a través de toda la isla e imperó la incertidumbre en torno a la condición de carreteras e instalaciones ante los reportes de derrumbes de residencias y daños a las vías de tránsito. Como medida de seguridad la Jueza Presidenta del Tribunal Supremo decretó la suspensión de los trabajos en la Rama Judicial durante el día 7 de enero hasta nuevo aviso. El 9 de enero de 2020 se reanudaron parcialmente las operaciones en la Rama Judicial, toda vez que la inestabilidad del sistema energético y la continuación de la actividad sísmica en el sur de Puerto Rico persisten.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del

Código Político de 1902, 1 LPRA secs. 72 y 73, los días 7 hasta el 10 de enero de 2020 como si fueran días feriados.

Cualquier término a vencer durante las fechas indicadas se extenderá hasta el lunes, 13 de enero de 2020.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        José Ignacio Campos Pérez
                                     Secretario del Tribunal Supremo